**Yu Fa WEN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney**

General of the United States,[1] Respondent.

No. 04–5036–AG NAC.

United States Court of Appeals, Second Circuit.

Nov. 21, 2005.

Yu Fa Wen, Middle Village, NY, pro se.

John Ashcroft, US Dept. of Justice, Washington, DC, pro se.

Sean Cenawood U.S. Attorney's Office, Edward J. McElroy, New York, NY, for Respondent.

Present: CABRANES, WESLEY, and HALL, Circuit Judges.

## SUMMARY ORDER

Upon due consideration, it is ORDERED that the petition for review and motion for a stay of removal are transferred to the United States Court of Appeals for the Sixth Circuit. *See* 28 U.S.C. § 1631. Because petitioner's removal proceedings were completed in Detroit, Michigan, this Court is not the proper venue. *See* 8 U.S.C. § 1252(b)(2). Petitioner's removal from this country is temporarily stayed until the transfer is complete.